IN THE UNITEST STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In Re:                                                    CASE NO.: 15-32284

Re'Shonda Safford                                         CHAPTER 13

     Debtor.

## MOTION FOR RELIEF FROM STAY

COMES NOW the Creditor, Eagle Landing Apartments, by and through the undersigned attorney, Paul L. Beckman, Jr., and in support of the motion hereinafter made respectfully presents unto the Court as follows:

1. The Debtor commenced this case by filing for relief under Chapter 13 of the United States Bankruptcy Code on August 20, 2015.

2. The Debtor has failed to make a payment since August 6, 2015, which was credited for July 2015 rent. Therefore, two (2) complete months of rent, water, late fees and washer and dryer rental have come due since the filing of the Debtor's Bankruptcy.

WHEREFORE, the premises considered, the Creditor, Eagle Landing Apartments, respectfully moves this Honorable Court to enter an Order Granting It Relief from the Automatic Stay.

Signed and dated this 29th day of September, 2015.

/s/ Paul L. Beckman, Jr.
Attorney for Creditor

OF COUNSEL:
Capouano, Beckman & Russell, LLC
560 S. McDonough Street, Suite C
P.O. Drawer 4689
Montgomery, Alabama 36103-4689
(334) 834-4808
jnt

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically mailed, or placed in the United States Postal Service, postage prepaid and properly addressed, an exact copy of the above to the following addresses: Joshua C. Milam, Esq., Attorney for Debtor, 566 S. Perry Street, Montgomery, Alabama 36104; Re'Shonda Safford, Debtor, 5601 Villas Lane, Apt. A, Montgomery, Alabama 36117; Curtis C. Reding, Chapter 13 Trustee, P.O. Box 173, Montgomery, Alabama 36101.

/s/ Paul L. Beckman, Jr.
Attorney for Creditor