# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re  Case No. 15−32284
        Chapter 13
Re'Shonda Safford

    Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on November 9, 2015 at 09:15 AM

to consider and act upon the following:

*22* − Motion for Relief from Stay . Fee Amount $176 filed by Charles N. Parnell III on behalf of Colortyme. (Attachments: # 1 Exhibit) (Parnell, Charles)

The automatic stay shall remain in effect until final disposition of this motion.

Dated: October 19, 2015

    Juan−Carlos Guerrero
    Clerk, U.S. Bankruptcy Court